UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:20CR142-JAR |
| | ) |
| LARRY E. DEUTSCH, | ) |
| | ) |
| Defendants. | ) |

## CONSENT MOTION TO CONTINUE COMBINED PLEA AND SENTENCING HEARING

COMES NOW the Defendant Larry Deutsch by and through his counsel and Gregory N. Wittner and in support of his Consent Motion to Continue states to the Court as follows:

1. This matter is currently set on the Court's docket of Tuesday, September 14, 2021 for an in-person combined Plea and Sentencing Hearing.

2. Due to certain Court administrative restrictions regarding the number of in person proceedings, the undersigned was advised that the in person proceeding scheduled for September 14, 2021 would have to be continued and/or reset on an alternate docket.

3. Accordingly, the undersigned respectfully requests an Order of this Court, resetting the instant matter for an in-person combined proceeding on the Court's docket of October 7, 2021 at 11:00a.m.

4. The undersigned counsel has personally conferred with A.U.S.A. Jillian Anderson concerning the herein request and she consented to the same.

1

5. The instant Motion has not been initiated for the improper purposes of causing undue delay, prejudice and/or harm for the Government or the Court, but rather for the appropriate reasons previously asserted herein.

WHEREFORE, and for all of the foregoing reasons, the Defendant respectfully request that the relief sought herein be granted and for such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

ROSENBLUM, SCHWARTZ & FRY, PC

_/s/ Gregory N. Wittner_
GREGORY N. WITTNER, 43278MO
ROSENBLUM, SCHWARTZ & FRY, PC
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2021 the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Jillian Anderson, Assistant United States Attorney.